1  Name: KRISTINA KARKANEN
2  Address: 256 Castle Glen Road
   Walnut Creek, CA 94595
3  Phone Number: (925) 787-8241
4  E-mail Address: kkdesign@gmail.com
5  Pro Se

~~RECEIVED MAR 10 2017 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND~~

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA KARKANEN | Case Number: C17-0999 - HSG |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs. | DATE: |
| James Paulsen, Tish Reese, Magda Lopez, Elizabeth Braunstein, County of Contra Costa | TIME: COURTROOM: JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 3/10/2017

*Haywood S. Gilliam Jr.*

United States District/~~Magistrate~~ Judge