# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

KRISTINA MARIE KARKANEN,

Plaintiff,

v.

FAMILY COURT SERVICES OF CONTRA COSTA COUNTY, et al.,

Defendants.

Case No. 17-cv-00999-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Granting Defendants' Motions to Dismiss, Denying Plaintiff's Motion to Seal, and Denying Defendants' Motion to Stay.

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 3rd day of July, 2017.

Susan Y. Soong
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.